LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139

Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INLAND REFRIGERATION AND AIR CONDITIONING HEALTH AND WELFARE TRUST FUND AND BOARD OF TRUSTEES OF THE INLAND REFRIGERATION AND AIR CONDITIONING RETIREMENT TRUST FUND; PIPING INDUSTRY PROGRESS AND EDUCATION TRUST FUND; APPRENTICE & JOURNEYMAN TRAINING TRUST FUND OF THE SOUTHERN CALIFORNIA PLUMBING & PIPING INDUSTRY; JOINT JOURNEYMAN & APPRENTICE TRAINING CENTER; INTERNATIONAL TRAINING FUND; AIR CONDITIONING, REFRIGERATION AND MECHANICAL CONTRACTORS ASSOCIATION OF SOUTHERN CALIFORNIA; SOUTHERN CALIFORNIA PIPE TRADES DISTRICT COUNCIL 16 OF THE UNITED ASSOCIATION; UNITED ASSOCIATION LOCAL 364; UNITED ASSOCIATION LOCAL 398; SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION FUND,<br><br>    Plaintiffs,<br><br>        v.<br><br>INLAND MECHANICAL SERVICES, INC.; LEONEL TRUJILLO; DIANA ELISA TRUJILLO and FRANCISCO MIGUEL SILVA, individuals,<br><br>    Defendants. | Case No. 5:16-cv-327 RGK(DTBx)<br><br>Hon. R. Gary Klausner<br><br>[~~PROPOSED~~] ORDER ON SUPPLEMENTAL STIPULATION FOR JUDGMENT |

ORDER ON SUPPLEMENTAL STIPULATION FOR JUDGMENT

Pursuant to the Stipulation by and between Plaintiffs BOARD OF TRUSTEES OF THE INLAND REFRIGERATION AND AIR CONDITIONING HEALTH AND WELFARE TRUST FUND ("Health Plan"); INLAND REFRIGERATION AND AIR CONDITIONING RETIREMENT TRUST FUND ("401(a) Plan"); PIPING INDUSTRY PROGRESS AND EDUCATION TRUST FUND ("Pipe Fund"); APPRENTICE & JOURNEYMAN TRAINING TRUST FUND OF THE SOUTHERN CALIFORNIA PLUMBING & PIPING INDUSTRY ("AJTF"); JOINT JOURNEYMAN & APPRENTICE TRAINING CENTER ("JJATC"); INTERNATIONAL TRAINING FUND ("ITF"); AIR CONDITIONING, REFRIGERATION AND MECHANICAL CONTRACTORS ASSOCIATION OF SOUTHERN CALIFORNIA ("ARCA/MCA"); SOUTHERN CALIFORNIA PIPE TRADES DISTRICT COUNCIL 16 OF THE UNITED ASSOCIATION ("DC16 Dues"); UNITED ASSOCIATION LOCAL 364 ("364 Dues"); UNITED LOCAL 398 ("398 Dues"), SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION FUND ("401(k) Plan") (collectively the "Plans" or "Trust Funds"), and Defendants, LEONEL TRUJILLO; DIANA ELISA TRUJILLO and FRANCISCO MIGUEL SILVA ("Individual Defendants"); and INLAND MECHANICAL SERVICES, INC. ("Company") subject to the approval of this Court:

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and Individual Defendants are indebted to the Plans in the total amount of $184,572.51 as follows: $111,353.98 in audit contributions conducted for the period of October 1, 2012 through March 31, 2015; $25,635.71 in contributions for the work months of April 2015 to February 2016; $11,135.40 in liquidated damages for late payment or nonpayment of the audit contributions conducted for the period of October 1, 2012 through March 31, 2015; $2,688.89 in liquidated damages for late payment or nonpayment of the contributions for the period of April 2015 to February 2016; $19,883.03 in interest for late payment or nonpayment of audit contributions conducted for the period of October 1, 2012 through March 31, 2015; $1,375.50 in

estimated interest for late payment or nonpayment of contributions conducted for the period of April 2015 to February 2016; and, attorney's fees in the amount of $12,500.00.

2.  Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $184,572.51 for delinquent employee benefit plan contributions, audit contributions, accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3.  This Court retains jurisdiction over this matter through January 15, 2018 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: May 12, 2016

_____
Hon. R. Gary Klausner